**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 N. KING STREET, ROOM 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**PHONE (302) 573-6491/FAX (302) 573-6497**

_____

ANDREW R. VARA                                                     T. PATRICK TINKER
UNITED STATES TRUSTEE                                  ASSISTANT U.S. TRUSTEE

_____

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

_____

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following cases:

**DEBTOR**:               **Avadim Health, Inc.,** *et al.*

**LEAD CASE NO:**   **21-10883 (CTG)**

**DATE:**                    **Friday, July 9, 2021**

**TIME:**                     **10:30 A.M. EDT**

**LOCATION: The meeting shall be held telephonically by calling 1-866-621-1355; passcode: 7178157# and may be continued/adjourned to a later date. If so, such additional information will appear on the Debtors' case claims agent website at** https://cases.omniagentsolutions.com/ **and on the court's docket.**

By: */s/ Richard L. Schepacarter*
Richard L. Schepacarter
Trial Attorney

Dated:  June 2, 2021

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:   Laura Davis Jones, Esquire (Debtors' counsel)