# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| AVADIM HEALTH, INC., et al.,[1] | ) ) ) | Case No. 21-10883 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 27, 2021 AT 3:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**PLEASE TAKE NOTICE: This hearing will be held via Zoom only. Any party wishing to appear must register no later than 4:00 p.m. (ET) on Thursday, August 26, 2021 at the link below:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsc-qsrTssGOetltLBURpVFZ0jwUCFtvQ**

**CONTESTED MATTER:**

1. Community Health Group, Inc.'s Motion for Relief From the Automatic Stay to Resume State Court Proceedings to Liquidate Counterclaims [Filed: 08/10/21] (Docket No. 256).

    Related Documents:

    A. Objection of the Official Committee of Unsecured Creditors' to Community Health Group, Inc.'s Motion for Relief from the Automatic Stay to Resume State Court Proceedings to Liquidate Counterclaims [Filed 08/17/21] (Docket No. 261).

    B. Debtors' Joinder With Objection of the Official Committee of Unsecured Creditors to Community Health Group, Inc.'s Motion For Relief From The Automatic Stay To Resume State Court Proceedings To Liquidate Counterclaims [Filed 08/17/21] (Docket No. 262).

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Avadim Health, Inc. (8411); Avadim Health IP, Inc. (7594); Bionome Properties Corp. (6483); Quality Assurance Associates, Inc. (5613); and Relion Manufacturing, Inc. (0430). The Debtors' business address is 81 Thompson Street, Asheville, NC 28803.

C.  Community Health Group, Inc.'s Reply in Support of its Motion for Relief from the Automatic Stay to Resume State Court Proceedings to Liquidate Counterclaims [Filed 08/24/21] ([Docket No. 268](#)).

Response Deadline:  August 17, 2021 at 4:00 p.m. ET.

**Status**:  This matter is going forward.

Dated:  August 25, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
           dbertenthal@pszjlaw.com
           tcairns@pszjlaw.com

and

CHAPMAN AND CUTLER LLP
Larry G. Halperin
Joon P. Hong
1270 Avenue of the Americas
New York, New York 10020
Telephone: 212-655-6000
Facsimile: 212-697-7210
Email: halperin@chapman.com
           joonhong@chapman.com

*Counsel for the Debtors and Debtors in Possession*