# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| AH LIQUIDATION, INC., *et al.*,[1] | Case No.: 21-10883 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Related to D.I. 288** |

## CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF LOWENSTEIN SANDLER LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 1, 2021 THROUGH JULY 31, 2021

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Second Monthly Fee Application of Lowenstein Sandler LLP ("Lowenstein") for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2021 through July 31, 2021 (the "Application") [D.I. 288], filed on August 27, 2021. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than September 16, 2021 at 4:00 p.m. ET.

Pursuant to this Court's Order (I) Establishing Procedures for Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief, entered

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number are: Avadim Health, Inc. (8411); Avadim Health IP, Inc. (7594); Bionome Properties Corp. (6483); Quality Assurance Associates, Inc. (5613); and Relion Manufacturing, Inc. (0430). The Debtors' business address is 81 Thompson Street, Asheville, NC 28803.

126363564.1

June 28, 2021 (the "Interim Compensation Order")[2] [D.I. 134], the Debtors are authorized and directed to pay Lowenstein $107,778.00, which represents 80% of the fees for the period of July 1, 2021 through July 31, 2021 (no expense reimbursement requested), upon the filing of this certification and without the need of a court order.

| | |
|---|---|
| Dated:  September 17, 2021 | **FOX ROTHSCHILD LLP**<br><br>*/s/ Seth A. Niederman*<br>Seth A. Niederman (DE No. 4588)<br>919 North Market Street, Suite 300<br>Wilmington, DE  19899-2323<br>Telephone:  (302) 654-7444<br>Facsimile:  (302) 656-8920<br>    -and-<br>Michael A. Sweet<br>345 California Street, Suite 2200<br>San Francisco, California 94104<br>Telephone:     (415) 364-5540<br>Facsimile:     (415) 391-4436<br>    -and-<br>Gordon E. Gouveia<br>321 North Clark Street, Suite 1600<br>Chicago, IL 60654<br>Telephone:  (312) 980-3816<br>Facsimile:  (312) 517-9201<br><br>*Co-Counsel to the Official*<br>*Committee of Unsecured Creditors* |

---

[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

126363564.1