# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AH LIQUIDATION, INC., et al.,[1] | ) Case No. 21-10883 (CTG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 29, 2021 AT 3:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**PLEASE TAKE NOTICE: This hearing will be held via Zoom only.
Any party wishing to appear must register no later than Tuesday, September 28, 2021 at 4:00 p.m. (ET) at the link below:**
https://debuscourts.zoomgov.com/meeting/register/vJItce6tqD0oGsItuYugQutj6ZbzJqUF9KQ

## CONTESTED MATTER:

1. Community Health Group, Inc.'s Motion for Relief From the Automatic Stay to Resume State Court Proceedings to Liquidate Counterclaims [Filed: 08/10/21] (Docket No. 256).

    Related Documents:

    A. Objection of the Official Committee of Unsecured Creditors' to Community Health Group, Inc.'s Motion for Relief from the Automatic Stay to Resume State Court Proceedings to Liquidate Counterclaims [Filed 08/17/21] (Docket No. 261).

    B. Debtors' Joinder With Objection of the Official Committee of Unsecured Creditors to Community Health Group, Inc.'s Motion For Relief From The Automatic Stay To Resume State Court Proceedings To Liquidate Counterclaims [Filed 08/17/21] (Docket No. 262).

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: AH Liquidation, Inc. (8411); AH IP Liquidation, Inc. (7594); BP Liquidation Corp. (6483); QAA Liquidation, Inc. (5613); and RM Liquidation, Inc. (0430). The Debtors' business address is 81 Thompson Street, Asheville, NC 28803.

    C.    Community Health Group, Inc.'s Reply in Support of its Motion for Relief from the Automatic Stay to Resume State Court Proceedings to Liquidate Counterclaims [Filed 08/24/21] ([Docket No. 268](#)).

    D.    [Signed] Order Granting Limited Relief from the Automatic Stay to Permit the State Court to Rule on the Pending Motion to Dismiss in the State Court Action [Filed 09/10/21] ([Docket No. 313](#)).

    Response Deadline:  August 17, 2021 at 4:00 p.m. ET.

    **Status:**  The parties have reached an agreement in principle resolving the matter and expect to submit an agreed order under certification prior to the hearing.

**UNCONTESTED MATTERS UNDER CNO:**

1.    Motion to Enlarge the Period Within Which the Debtors May Remove Actions [Filed: 08/31/21] ([Docket No. 296](#)).

    Related Documents:

    A.    Certification of No Objection Regarding Motion to Enlarge the Period Within Which the Debtors May Remove Actions [Filed 09/23/21] ([Docket No. 338](#)).

    Response Deadline:  September 15, 2021 at 4:00 p.m. ET.

    **Status**:  A certification of no objection has been filed and counsel respectfully requests entry of the order at the Court's convenience.

2.    Application of Debtors for Entry of an Order Authorizing Debtors to Employ and Retain Omni Agent Solutions as Administrative Agent [Filed: 08/31/21] ([Docket No. 297](#)).

    Related Documents:

    B.    Certification of No Objection Regarding Application of Debtors for Entry of an Order Authorizing Debtors to Employ and Retain Omni Agent Solutions as Administrative Agent [Filed 09/23/21] ([Docket No. 337](#))

    Response Deadline:  September 15, 2021 at 4:00 p.m. ET.

    **Status**:  A certification of no objection has been filed and counsel respectfully requests entry of the order at the Court's convenience.

DOCS_DE:235786.1 05792/002

| | |
|---|---|
| Dated: September 27, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware  19899 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | and |
| | |
| | CHAPMAN AND CUTLER LLP |
| | Larry G. Halperin |
| | Joon P. Hong |
| | 1270 Avenue of the Americas |
| | New York, New York 10020 |
| | Telephone: 212-655-6000 |
| | Facsimile: 212-697-7210 |
| | Email: halperin@chapman.com |
| | joonhong@chapman.com |
| | |
| | *Counsel for the Debtors and Debtors in Possession* |