# EXHIBIT A

**Customary and Comparable Compensation Disclosures with Fee Applications**

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED  Firm or offices for preceding year, excluding bankruptcy* | BILLED  In this fee application |
| Sr./Equity Partner/Shareholder | $1,050.00 | $1,064.92 |
| Of Counsel | $ 950.00 | $1,043.68 |
| Associate (4-6 years since first admission) | $ 750.00 | $ 0.00 |
| Law Library Director | $ 450.00 | $ 0.00 |
| Paralegal | $ 450.00 | $ 458.58 |
| Case Management Assistants | $ 300.00 | $ 375.00 |
| All timekeepers aggregated | $ 950.00** | $ 919.40 |

\* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2019, non-estate work represented approximately 4-5% of the Firm's revenues, and in 2020, non-estate work represented approximately 5-7% of the Firm's revenues. It is expected that non-estate work in 2021 will represent approximately 5-8% of the Firms' revenues

\*\*Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

| | |
|---|---|
| Case Name: | AH Liquidation, Inc., et al. |
| Case Number: | 21-10883 (CTG) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 12/13/2021 |
| Interim or Final | Final |

DOCS_DE:237335.1 05792/002

4