IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AH LIQUIDATION, INC., et al.,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 21-10883 (CTG)<br><br>(Jointly Administered)<br><br>**Related to D.I. 444** |

**CERTIFICATE OF NO OBJECTION REGARDING COMBINED SIXTH MONTHLY AND FINAL FEE APPLICATION OF PROVINCE, LLC FOR COMPENSATION FOR SERVICES RENDERED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE (I) MONTHLY PERIOD FROM NOVEMBER 1, 2021 THROUGH NOVEMBER 15, 2021 AND (II) FINAL PERIOD FROM JUNE 10, 2021 THROUGH NOVEMBER 15, 2021**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Combined Sixth Monthly and Final Fee Application of Province, LLC ("**Province**") for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the (I) Monthly Period From November 1, 2021 through November 15, 2021 and (II) Final Period from June 10, 2021 through November 15, 2021 (the "**Application**") [D.I. 444], filed on December 15, 2021. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than December 29, 2021 at 4:00 p.m. ET.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: AH Liquidation, Inc. (8411); AH IP Liquidation, Inc. (7594); BP Liquidation Corp. (6483); QAA Liquidation, Inc. (5613); and RM Liquidation, Inc. (0430). The Debtors' business address is 81 Thompson Street, Asheville, NC 28803.

129218139.1

It is hereby respectfully requested that the Application be approved and an order entered (i) allowing total fees in the amount of $1,904.00 and costs in the amount of $13.60 for the period November 1, 2021 through November 15, 2021; (ii) allowing on a final basis total fees in the amount of $362,146.00 and costs in the amount of $130.12 for the period June 10, 2021 through November 15, 2021, and (iii) authorizing the Liquidating Trustee to pay such allowed fees and expenses to Province, less any amounts that have already been paid by the Debtors or the Liquidating Trustee.

Dated: January 3, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street,
Suite 300
Wilmington, DE  19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

-and-

Michael A. Sweet
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:     (415) 364-5540
Facsimile:     (415) 391-4436

-and-

Gordon E. Gouveia
321 North Clark Street, Suite 1600
Chicago, IL 60654
Telephone:     (312) 980-3816
Facsimile:     (312) 517-9201

*Co-Counsel to the Official Committee of Unsecured Creditors*

129218139.1