**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AH LIQUIDATION, INC., *et al.*,[1] | Case No.: 21-10883 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 5, 2022 AT 1:00 P.M. ET**

---

**PLEASE TAKE NOTICE:  This hearing will be held via Zoom only.**
**Any party wishing to appear must register no later than 4:00 pm (ET) on**
**Tuesday, January 4, 2022 at the link below:**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

Registration Link

https://debuscourts.zoomgov.com/meeting/register/vJIsdemgqjwtGk1T0Gfn1zA--pOhFZD7BBc

**After registering your appearance by Zoom you will receive a**
**confirmation email containing information about joining the hearing.**

---

**MATTERS GOING FORWARD**

1.  Hearing on Professionals' Final Fee Applications

    Related Documents:

    (a)    Index of Fee Application Binder (attached)

    Status:    This matter is going forward.

*(Signature page follows)*

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number are: Avadim Health, Inc. (8411); Avadim Health IP, Inc. (7594); Bionome Properties Corp. (6483); Quality Assurance Associates, Inc. (5613); and Relion Manufacturing, Inc. (0430). The Debtors' business address is 81 Thompson Street, Asheville, NC 28803.

129218501.1

Agenda for Hearing on January 5, 2022 at 1:00 p.m.
The Honorable Craig T. Goldblatt
Page 2 of 2

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By:    */s/ Seth A. Niederman*
       Seth A. Niederman (No. 4588)
       919 North Market Street, Suite 300
       P.O. Box 2323
       Wilmington, DE  19899-2323
       Phone (302) 654-7444/Fax (302) 656-8920
       sniederman@foxrothschild.com

              -and-

       Michael A. Sweet
       345 California Street, Suite 2200
       San Francisco, California 94104
       Telephone: (415) 364-5540
       Facsimile: (415) 391-4436
       Email: msweet@foxrothschild.com

              -and-

       Gordon E. Gouveia
       321 North Clark Street, Suite 1600
       Chicago, IL 60654
       Telephone: (312) 980-3816
       Facsimile: (312) 517-9201
       Email: ggouveia@foxrothschild.com

       *Co-Counsel to the Official Committee of Unsecured
       Creditors*

Dated:  January 3, 2022

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re:* | Chapter 11 |
| AH LIQUIDATION, INC., *et al.*,[1] | Case No.: 21-10883 (CTG) |
| Debtors. | (Jointly Administered) |
|  | **Hearing:  January 5, 2022 at 1:00 p.m. ET** |

## AMENDED INDEX TO BINDER FOR JANUARY 5, 2022 HEARING ON
## APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Dated:  January 3, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Tel: (302) 654-7444; Fax: (302) 656-8920
E-mail: sniederman@foxrothschild.com
          -and-
Michael A. Sweet
345 California Street, Suite 2200
San Francisco, California 94104
Tel: (415) 364-5540; Fax: (415) 391-4436
E-mail: msweet@foxrothschild.com
          -and-
Gordon E. Gouveia
321 North Clark Street, Suite 1600
Chicago, IL 60654
Tel: (312) 980-3816; Fax: (312) 517-9201
E-mail: ggouveia@foxrothschild.com

*Co-Counsel to the Official Committee of
Unsecured Creditors*

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number are: Avadim Health, Inc. (8411); Avadim Health IP, Inc. (7594); Bionome Properties Corp. (6483); Quality Assurance Associates, Inc. (5613); and Relion Manufacturing, Inc. (0430). The Debtors' business address is 81 Thompson Street, Asheville, NC 28803.

129102728.1

**INDEX**

| TAB | D.I. NO. | DATE FILED | DOCUMENT |
|---|---|---|---|
| **A.** | | | **PACHULSKI STANG YOUNG & JONES LLP (Counsel to the Debtors)** |
| 1. | 417 | 11/30/21 | First Monthly Application for Compensation and Reimbursement of Expenses for the Period May 31, 2021 through June 30, 2021 |
| 2. | 458 | 12/27/21 | Certification of No Objection Regarding First Monthly Application for Compensation and Reimbursement of Expenses for the Period May 31, 2021 through June 30, 2021 |
| 3. | 418 | 12/1/21 | Second Monthly Application for Compensation and Reimbursement of Expenses for the Period July 1, 2021 through July 31, 2021 |
| 4. | 459 | 12/27/21 | Certification of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses for the Period July 1, 2021 through July 31, 2021 |
| 3. | 429 | 12/10/21 | Third Monthly Application for Compensation and Reimbursement of Expenses for the Period August 1, 2021 through August 31, 2021 |
| 4. | 434 | 12/13/21 | Combined Fourth/Fifth Application for Compensation and Reimbursement of Expenses for the Period September 1, 2021 through November 15, 2021 |
| 5. | 435 | 12/13/21 | Final Application for Compensation and Reimbursement of Expenses for the Period May 31, 2021 through November 15, 2021 |
| **B.** | | | **CHAPMAN AND CUTLER LLP (Co-Counsel to the Debtors)** |
| 1. | 247 | 8/6/21 | First Monthly Application for Compensation and Reimbursement of Expenses for the Period 5/31/21 to June 30, 2021 |

129102728.1

| TAB | D.I. NO. | DATE FILED | DOCUMENT |
|---|---|---|---|
| 2. | 291 | 8/30/21 | Certification of No Objection Regarding First Monthly Application for Compensation and Reimbursement of Expenses for the Period 5/31/21 to June 30, 2021 |
| 3. | 267 | 8/23/21 | Second Monthly Application for Compensation and Reimbursement of Expenses for the Period July 1, 2021 through July 31, 2021 |
| 4. | 316 | 9/14/21 | Certification of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses for the Period July 1, 2021 through July 31, 2021 |
| 5. | 335 | 9/24/21 | Third Monthly Application for Compensation and Reimbursement of Expenses for the Period August 1, 2021 through August 31, 2021 |
| 6. | 369 | 10/19/21 | Certification of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses for the Period August 1, 2021 through August 31, 2021 |
| 7. | 370 | 10/19/21 | Fourth Monthly Application for Compensation and Reimbursement of Expenses for the Period September 1, 2021 through September 30, 2021 |
| 8. | 402 | 11/10/21 | Certification of No Objection Regarding Fourth Monthly Application for Compensation and Reimbursement of Expenses for the Period September 1, 2021 through September 30, 2021 |
| 9. | 430 | 12/10/21 | Consolidated Fifth Monthly and Final Application for Compensation and Reimbursement of Expenses for the Period May 31, 2021 through November 15, 2021 |
| **C.** | | | **PEDIGO LAW FIRM PLLC (Ordinary Course Professional/Intellectual Property Counsel to Debtors Avadim Health, Inc. and Avadim Health IP, Inc.)** |
| 1. | 321 | 9/20/21 | First Monthly Application for Compensation for the Period June 1, 2021 through July 31, 2021 |

129102728.1

| TAB | D.I. NO. | DATE FILED | DOCUMENT |
|---|---|---|---|
| 2. | 412 | 11/22/21 | Certification of Counsel Regarding First Monthly Application for Compensation for the Period June 1, 2021 through July 31, 2021 |
| 3. | 443 | 12/15/21 | Second Monthly and Final Application for Compensation for the Period August 1, 2021 through September 30, 2021 and May 31, 2021 through September 30, 2021 |
| **D.** | | | **KPMG LLP (Tax Compliance and Tax Consulting Services to the Debtors)** |
| 1. | 421 | 12/1/21 | First Monthly Application for Compensation and Reimbursement of Expenses for the Period August 1, 2021 through September 30, 2021 |
| 2. | 445 | 12/15/21 | Second Monthly Application for Compensation and Reimbursement of Expenses for the Period October 1, 2021 through November 15, 2021 |
| 3. | 446 | 12/15/21 | Final Application for Compensation and Reimbursement of Expenses for the Period August 1, 2021 through November 15, 2021 |
| **E.** | | | **CARL MARKS ADVISORY GROUP LLC** |
| 1. | 203 | 7/21/21 | First Monthly Staffing Report for Compensation Earned and Expenses Incurred for the Period of June 1, 2021 through June 30, 2021 |
| 2. | 265 | 8/19/21 | Second Monthly Staffing Report for Compensation Earned and Expenses Incurred for the Period of July 1, 2021 through July 31, 2021 |
| 3. | 334 | 9/23/21 | Third Monthly Staffing Report for Compensation Earned and Expenses Incurred for the Period of August 1, 2021 through August 31, 2021 |
| 4. | 391 | 10/27/21 | Fourth Monthly Staffing Report for Compensation Earned and Expenses Incurred for the Period of September 1, 2021 through September 30, 2021 |

129102728.1

| TAB | D.I. NO. | DATE FILED | DOCUMENT |
|---|---|---|---|
| 5. | 439 | 12/14/21 | Fifth Monthly Staffing Report for Compensation Earned and Expenses Incurred for the Period of October 1, 2021 through October 31, 2021 |
| | 440 | | Sixth Monthly Staffing Report for Compensation Earned and Expenses Incurred for the Period of November 1, 2021 through November 15, 2021 |
| **F.** | | | **FOX ROTHSCHILD LLP (Co-Counsel to the Creditors' Committee)** |
| 1. | 226 | 7/29/21 | First Monthly Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 to June 30, 2021 |
| 2. | 276 | 8/25/21 | Certification of No Objection Regarding First Monthly Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 to June 30, 2021 |
| 3. | 287 | 8/27/21 | Second Monthly Application for Compensation and Reimbursement of Expenses for the Period July 1, 2021 to July 31, 2021 |
| 4. | 318 | 9/17/21 | Certification of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses for the Period July 1, 2021 to July 31, 2021 |
| 5 | 320 | 9/20/21 | Third Monthly Application for Compensation and Reimbursement of Expenses for the Period August 1, 2021 through August 31, 2021 |
| 6 | 388 | 10/26/21 | Certification of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses for the Period August 1, 2021 through August 31, 2021 |
| 7. | 400 | 11/4/21 | Fourth Monthly Application for Compensation and Reimbursement of Expenses for the Period September 1, 2021 through September 30, 2021 |

| TAB | D.I. NO. | DATE FILED | DOCUMENT |
|---|---|---|---|
| 8 | 419 | 12/1/21 | Certification of No Objection Regarding Fourth Monthly Application for Compensation and Reimbursement of Expenses for the Period September 1, 2021 through September 30, 2021 |
| 9 | 420 | 12/2/21 | Fifth Monthly Application for Compensation and Reimbursement of Expenses for the Period October 1, 2021 through November 15, 2021 |
| 10 | 428 | 12/10/21 | Final Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 through November 15, 2021 |
| 11 | 457 | 12/23/21 | Certification of No Objection Regarding Fifth Monthly Application for Compensation and Reimbursement of Expenses for the Period October 1, 2021 through November 15, 2021 |
| **12.** | 462 | **1/3/22** | **Certification of No Objection Regarding Final Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 through November 15, 2021** |
| **G.** | | | **LOWENSTEIN SANDLER LLP (Co-Counsel to the Official Committee of Unsecured Creditors)** |
| 1. | 227 | 7/29/21 | First Monthly Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 through June 3, 2021 |
| 2. | 277 | 8/25/21 | Certification of No Objection Regarding First Monthly Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 to June 30, 2021 |
| 3. | 288 | 8/27/21 | Second Monthly Application for Compensation and Reimbursement of Expenses for the Period July 1, 2021 to July 31, 2021 |
| 4. | 319 | 9/17/21 | Certification of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses for the Period July 1, 2021 to July 31, 2021 |

129102728.1

| TAB | D.I. NO. | DATE FILED | DOCUMENT |
|---|---|---|---|
| 5. | 340 | 9/27/21 | Third Monthly Application for Compensation and Reimbursement of Expenses for the Period August 1, 2021 through August 31, 2021 |
| 6. | 375 | 10/22/21 | Certification of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses for the Period August 1, 2021 through August 31, 2021 |
| 7. | 397 | 11/2/21 | Fourth Monthly Application for Compensation and Reimbursement of Expenses for the Period September 1, 2021 through September 30, 2021 |
| 8. | 425 | 12/7/21 | Certification of No Objection Regarding Fourth Monthly Application for Compensation and Reimbursement of Expenses for the Period September 1, 2021 through September 30, 2021 |
| 9. | 426 | 12/7/21 | Fifth Monthly Application for Compensation and Reimbursement of Expenses for the Period October 1, 2021 through November 15, 2021 |
| 10. | 436 | 12/10/21 | Final Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 through November 15, 2021 |
| 11. | 455 | 12/22/21 | Amended Fifth Monthly Application for Compensation and Reimbursement of Expenses for the Period October 1, 2021 through November 15, 2021 |
| 12. | 456 | 12/23/21 | Amended Final Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 through November 15, 2021 |
| **13.** | 464 | **1/3/22** | **Certification of No Objection Regarding Amended Final Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 through November 15, 2021** |
| **H.** | | | **PROVINCE LLC (Financial Advisor to the Official Committee of Unsecured Creditors)** |

7

| TAB | D.I. NO. | DATE FILED | DOCUMENT |
|---|---|---|---|
| 1. | 228 | 7/29/21 | First Monthly Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 through June 3, 2021 |
| 2. | 278 | 8/25/21 | Certification of No Objection Regarding First Monthly Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 to June 30, 2021 |
| 3. | 309 | 9/8/21 | Second Monthly Application for Compensation and Reimbursement of Expenses for the Period July 1, 2021 to July 31, 2021 |
| 4. | 364 | 10/13/21 | Certification of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses for the Period July 1, 2021 to July 31, 2021 |
| 5. | 326 | 9/21/21 | Third Monthly Application for Compensation and Reimbursement of Expenses for the Period August 1, 2021 through August 31, 2021 |
| 6. | 365 | 10/13/21 | Certification of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses for the Period August 1, 2021 through August 31, 2021 |
| 7. | 376 | 10/22/21 | Fourth Monthly Application for Compensation and Reimbursement of Expenses for the Period September 1, 2021 through September 30, 2021 |
| 8. | 460 | 12/28/21 | Certification of No Objection Regarding Fourth Monthly Application for Compensation and Reimbursement of Expenses for the Period September 1, 2021 through September 30, 2021 |
| 9. | 410 | 11/22/21 | Fifth Monthly Application for Compensation and Reimbursement of Expenses for the Period October 1, 2021 through November 15, 2021 |
| 10. | 441 | 12/15/21 | Certification of No Objection Regarding Fifth Monthly Application for Compensation and Reimbursement of Expenses for the Period October 1, 2021 through November 15, 2021 |

129102728.1

| TAB | D.I. NO. | DATE FILED | DOCUMENT |
|-----|----------|------------|----------|
| 11. | 444 | 12/15/21 | Final Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 through November 15, 2021 |
| **12.** | 463 | **1/3/22** | **Certification of No Objection Regarding Final Application for Compensation and Reimbursement of Expenses for the Period June 10, 2021 through November 15, 2021** |