IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AH LIQUIDATION, INC., et al.,[1] | ) | Case No. 21-10883 (CTG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

# ORDER GRANTING
# FINAL APPLICATION FOR COMPENSATION
# AND REIMBURSEMENT OF EXPENSES OF
# PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL
# FOR THE DEBTORS AND DEBTORS IN POSSESSION,
# FOR THE PERIOD FROM MAY 31, 2021 THROUGH NOVEMBER 15, 2021

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as Co-Counsel for the Debtors and Debtors in Possession ("Debtors") in the above-captioned cases, filed its Final Application for Compensation and for Reimbursement of Expenses for the Period from May 31, 2021 through November 15, 2021 (the "Final Application"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED, on a final basis, and all fees and costs requested in the Final Application are allowed on a final basis. Debtors in the above

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: AH Liquidation, Inc. (8411); AH IP Liquidation, Inc. (7594); BP Liquidation Corp. (6483); QAA Liquidation, Inc. (5613); and RM Liquidation, Inc. (0430). The Debtors' business address is 81 Thompson Street, Asheville, NC 28803.

cases shall pay to PSZ&J the sum of $521,942.50 as compensation and $12,042.83 as reimbursement of expenses, for a total of $533,985.33 for services rendered and disbursements incurred by PSZ&J for the period May 31, 2021 through November 15, 2021, less any amounts previously paid in connection with the monthly fee applications.

ORDERED that to the extent PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: January 7th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**